**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN TAYLOR,

      Plaintiff,

    vs.

HARTFORD CASUALTY INSURANCE COMPANY, a foreign insurance company,

      Defendant.

No. 2:25-cv-00460-RSM

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

**(CLERK'S ACTION REQUIRED)**

## I. STIPULATION

The undersigned parties stipulate that all claims and causes of action by Plaintiff John Taylor against Defendant Hartford Casualty Insurance Company be dismissed with prejudice and that the Order below dismissing Plaintiff's claims and causes of action with prejudice and without an award of fees or cost may be entered.

Dated this 7th day of May, 2026.

CLYDE & CO US LLP

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Defendant*

Dated this 7th day of May, 2026.

GLP ATTORNEYS, P.S., INC.

*s/ Scott Shawver*
Scott Shawver, WSBA #24048
*Attorneys for Plaintiff*

Stipulation for and Order of Dismissal of All Claims with Prejudice – 1
Case No.:  2:25-cv-00460-RSM

**CLYDE & CO US LLP**
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

## II.  <u>ORDER</u>

THIS MATTER having come before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that Plaintiff's claims and causes of action against Defendant be dismissed with prejudice and without an award of attorney fees or cost to either party.

Dated this 11th of May, 2026

_____
Ricardo S. Martinez
United States District Court Judge

Presented by:

CLYDE & CO US LLP

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Defendant*

GLP ATTORNEYS, P.S., INC.

*s/ Scott Shawver*
Scott Shawver, WSBA #24048
*Attorneys for Plaintiff*

Stipulation for and Order of Dismissal of All Claims with Prejudice – 2
Case No.:  2:25-cv-00460-RSM

**CLYDE & CO US LLP**
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX